

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00392-CV

Elisa **SAUKKO** and all other occupants,
Appellants

v.

Lois **MORGADO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04005
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 11, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellants Elisa Saukko and all other occupants filed a pro se notice of appeal from a judgment of eviction signed on June 6, 2019. Their brief was originally due July 22, 2019. Neither the brief nor a motion for extension of time was filed. On August 2, 2019, we ordered appellants to file, not later than August 12, 2019, their brief and a written response reasonably explaining their failure to timely file the brief. We advised appellants that if they failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See*

TEX. R. APP. P. 38.8(a).  Appellants have not filed a brief or the written response as ordered by this court.

We therefore order this appeal dismissed for want of prosecution.  We further order that no costs be assessed against appellants because they are indigent.

PER CURIAM